**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1319-WJM-BNB

VINCENT MARTINEZ

    Plaintiff,

v.

RICK REIGENBORN, Adams County Sheriff's Office in his official and individual capacity,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS FIRST CLAIM FOR RELIEF**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss First Claim for Relief for Unreasonable Search (ECF No. 28) filed May 1, 2013. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. Plaintiff's first claim for relief for unreasonable search is DISMISSED WITH PREJUDICE. Each party shall pay his own attorney's fees and costs. This Order does not affect the second claim for relief.

Dated this 1st day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge