IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action: 12-cv-01319-WJM-BNB | Date: May 1, 2013 |
| Courtroom Deputy: Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| VINCENT MARTINEZ | *Anthony Viorst* |
| **Plaintiff(s)** | |
| v. | |
| AMADS COUNTY SHERIFF'S OFFICER | *Heidi M. Miller* |
| RICK REIGENBORN | *Christine M. Francescani* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 1:29 p.m.  Appearance of counsel.

Parties have reached a stipulation regarding the pending motions.  Stipulation discussed.

**ORDERED:** Within 20 days of today, Defendant is to select one of the three deputies endorsed as witnesses that will testify on arrest control techniques.  An interview or deposition of that deputy is to occur within 30 days of today.  Dr. Rovak is to be interviewed or deposed within 30 days of today.

**Discovery deadline extended to May 31, 2013.**

**[18] Motion to Strike Defendant's Experts or, in the Alternative, for Leave to Endorse Rebuttal Expert on Proper Police Arrest Control Techniques DENIED as moot.**

**[23] Amended Motion to Strike Plaintiff's Designation of Expert Jason Rovak is DENIED as moot.**

Discussion held on pending deadlines and hearings.

Court in Recess:  1:37 p.m.   Hearing concluded.   Total time in Court:  00:08

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119