IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01319-WJM-BNB

VINCENT MARTINEZ,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICER RICK REIGENBORN, in his individual and official capacity,

Defendant.
_____

**ORDER**
_____

This matter arises on:

(1)     The plaintiff's **Motion to Strike Defendant's Experts . . . On Arrest Control Techniques** [Doc. # 18, filed 4/16/2013] (the "Plaintiff's Motion to Strike"); and

(2)     Defendant's **Amended Motion to Strike Plaintiff's Designation of Expert Jason Rovak** [Doc. # 23, filed 4/18/2013] (the "Defendant's Motion to Strike Rovak").

At the hearing on the motions, counsel presented a stipulation resolving both disputes. Consistent with the parties' stipulation,

IT IS ORDERED:

(1)     On or before May 20, 2013, the defendant shall select one of the three disclosed deputies whom he may call to testify concerning proper arrest control techniques.  Thereafter, at the plaintiff's option, plaintiff's counsel may either interview the selected deputy or depose him;

(2)     The defendant, at his option, may either interview or depose Dr. Rovak;

(3)     Discovery is reopened to and including May 31, 2013, to allow the parties to

conduct the interviews or depositions of the selected deputy and Dr. Rovak; and

       (4)      The Plaintiff's Motion to Strike [Doc. # 18] and the Defendant's Motion to Strike Rovak [Doc. # 23] are DENIED as moot.

Dated May 1, 2013.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge